IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CLARKE,

    Plaintiff,                                             CV F 05 0702 OWW WMW   P

  vs.                                                                    ORDER RE MOTIONS (DOC 4)

A. K. SCRIBNER, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se.  Pending before the court is plaintiff's motion for judicial notice.   Plaintiff requests the court to take judicial notice of certain regulations in the California Administrative Code.  Plaintiff is advised that the court will consider all relevant state and federal laws and regulations in rulings made in this case.  As to any evidence, the court will consider the submission of evidence at a later stage in the litigation.  Any submission of evidence at this time is premature.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for judicial notice is denied.

1

1  IT IS SO ORDERED.

2  **Dated:    March 30, 2006**             **/s/  William M. Wunderlich**
   j14hj0                                    UNITED STATES MAGISTRATE JUDGE