IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CLARKE,

     Plaintiff,                         CV F 05 0702 OWW WMW   P

  vs.                                ORDER RE MOTION (DOC 16 )

A. K. SCRIBNER, et al.,

     Defendants.

     Plaintiff has filed a motion for leave to file a second amended complaint.  There has been no service of process and no appearance by any defendant.  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion for leave to file a second amended complaint is granted.  Plaintiff's second amended complaint is due filed thirty days from the date of service of this order.

IT IS SO ORDERED.

**Dated:**   **January 9, 2007**              **/s/  William M. Wunderlich**
j14hj0                                       UNITED STATES MAGISTRATE JUDGE

1