IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CLARKE,

        Plaintiff,                    No. CIV S-05-00702 ALA P

    vs.

A.K. SCRIBNER, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. He seeks relief pursuant to 42 U.S.C. § 1983. On March 28, 2007, Plaintiff filed an amended complaint. On September 7, 2007, Plaintiff filed a motion to amend his complaint along with a document entitled "SUPPLEMENTAL COMPLAINT." On September 12, 2007, this court screened Plaintiff's March 28, 2007, amended complaint, finding service appropriate for some defendants and granting Plaintiff leave to file an amended complaint. On October 1, 2007, Plaintiff submitted documents necessary to effect service of process on those defendants as well as a motion for clarification. Plaintiff is confused as to whether his "supplemental complaint" has been filed.

        Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a general rule, an amended complaint

1

1 supersedes the original complaint. *See Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967). Once
2 Plaintiff files an amended complaint, the original pleading no longer serves any function in the
3 case. Therefore, in an amended complaint, as in an original complaint, each claim and the
4 involvement of each defendant must be sufficiently alleged.

5     Plaintiff's "supplemental complaint" will be placed in the court's file and disregarded.
6 Plaintiff will be granted leave to either notify the court that he wishes to go forward on his
7 March 27, 2007, amended complaint against defendants Burr, Campbell, Escamilla, Friedman,
8 Tait and Whitherspoon as per the court's September 12, 2007, order or file an amended
9 complaint. If Plaintiff files an amended complaint, the court will disregard any prior complaints
10 and screen the amended complaint as if reviewing the matter for the first time.

11     Accordingly**,** IT IS HEREBY ORDERED that:

12     1. Plaintiff's October 1, 2007, motion for clarification is granted;

13     2. Within thirty-five days of the date of this order Plaintiff shall either file an
14 amended complaint or notify the court that he wishes to go forward on his March 28, 2007,
15 amended complaint; and

16     3. The Clerk of the Court shall place Plaintiff's document entitled
17 "SUPPLEMENTAL COMPLAINT" in the court file and note that it be disregarded.
18 /////
19 DATED: October 23, 2007

                                        /s/ Arthur L. Alarcón
20                                         UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation