IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CLARKE,

        Plaintiff,                  No. 1:05-cv-00702 ALA P

   vs.

A.K. SCRIBNER, et al.,

        Defendants.          <u>ORDER</u>

_____/

     Plaintiff Anthony Clarke is proceeding pro se and informa pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 10, 2007, Plaintiff filed an application for an enlargement of time to file a third amended complaint. In that filing, Plaintiff stated that he had inadvertently mailed that request to the Northern District. As a result, Plaintiff's previous leave to file a third amended complaint expired. The court will construe Plaintiff's filing as a motion for leave to file a third amended complaint. Good cause appearing that motion will be granted.

/////

     Therefore, good cause appearing, IT IS HEREBY ORDERED that:

a.     Plaintiff's December 10, 2007, motion for leave to file a third amended complaint is GRANTED; and

b.     Plaintiff's is granted thirty-five (35) days from the date of this order to file a third

1  amended complaint.  Failure to do so may result in this matter being dismissed.

2  /////

3  DATED: January 9, 2008

6                  /s/ Arthur L. Alarcón
                UNITED STATES CIRCUIT JUDGE
                Sitting by Designation