IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CLARKE.

        Plaintiff,        CV F 05 0702  WMW PC

  vs.                     ORDER RE MOTION (DOC 23, 30)

A. K. SCRIBNER, et al.,

        Defendants.

    Plaintiff has filed a motion for leave to file an amended complaint.  Subsequently, Plaintiff filed a fourth amended complaint, which is pending before the court.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to file an amended complaint is denied as moot.

IT IS SO ORDERED.

**Dated:  March 26, 2008**                       **/s/  William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE