IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CLARKE,

     Plaintiff,         CV F 05 0702 OWW WMW PC

  vs.                    ORDER RE MOTION FOR
                         INJUNCTIVE RELIEF (DOC 22)

A. K. SCRIBNER, et al.,

     Defendants.

     Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for preliminary injunctive relief.

     This action proceeds on the February 21, 2008, fourth amended complaint. Plaintiff is proceeding against correctional officials employed by the California Department of Corrections and Rehabilitatin at CSP Corcoran on claims of denial of his First Amendment right to freely exercise his religious beliefs.

     Plaintiff has filed a motion for preliminary injunctive relief. Plaintiff seeks an order prohibiting officials at CSP Corcoran from "continued punishment of Plaintiff for exercising his religious belief, by depriving him of medical care, by forcing him to modify his behavior and to violate his beliefs, in order to obtain medical care." While at Corcoran, Plaintiff was directed to remove his religious head covering in order to receive medical care.

1      After Plaintiff filed his motion, he was transferred to Centinela State Prison, where he is
2 now housed.  In earlier order, the Court found that Plaintiff had stated a claim for relief as to the
3 Corcoran defendants.   Plaintiff seeks injunctive relief as to the Corcoran defendants.   When an
4 inmate seeks injunctive or declaratory relief concerning the prison where he is incarcerated, his
5 claims for such relief become moot when he is no longer subjected to those conditions.  See
6 Weinstein v. Bradford, 423 U.S. 147 (1975); Enrico's, Inc. v. Rice, 730 F.2d 1250, 1255 (9th Cir.
7 1984).  Accordingly, plaintiff's request should be denied as moot.
8      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for injunctive relief is
9 denied as moot.
10 IT IS SO ORDERED.
11 **Dated:   March 26, 2008**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE