IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY CLARKE, | ) | No. CV-F-05-702 OWW/WMW PC |
| | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR INJUNCTION AS |
| Plaintiff, | ) | MOOT (Doc. 13) |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| A.K. SCRIBNER, et al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff is a state prisoner proceeding *in pro per* in a civil rights action pursuant to 42 U.S.C. § 1983.

This action proceeds on the February 21, 2008, fourth amended complaint. Plaintiff is proceeding against correctional officials employed by the California Department of Corrections and Rehabilitation at CSP Corcoran on claims of denial of his First Amendment right to freely exercise his religious beliefs.

Plaintiff filed a motion for injunctive relief, seeking an order that the Director of the CDCR direct the Warden of CSP Corcoran to inform all staff at CSP Corcoran not to retaliate

1

against Plaintiff for the use of the Inmate Appeals Process.

After Plaintiff filed his motion, he was transferred to Centinela State Prison, where he is now housed. When an inmate seeks injunctive or declaratory relief concerning the prison where he is incarcerated, his claims for such relief become moot when he is no longer subjected to those conditions. *See Weinstein v. Bradford*, 423 U.S. 147 (1975); *Enrico's Inc. v. Rice*, 730 F.2d 1250, 1255 (9th Cir.1984).

According, IT IS HEREBY ORDERED that Plaintiff's motion for injunction is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   March 28, 2008           /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE