IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CLARKE,

       Plaintiff,          CV F 05 0702 OWW WMW PC

  vs.                      ORDER

A. K. SCRIBNER, et al.,

       Defendants.

     On February 19, 2008, findings and recommendation were entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint. On February 21, 2008, Plaintiff filed an amended complaint. Accordingly, IT IS HEREBY ORDERED that the February 19, 2008, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   April 10, 2008**                /s/  **William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE

1