IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CLARKE

       Plaintiff,                CV F 05 0702 OWW WMW PC

   vs.                           ORDER RE MOTION (DOC 43)

A. K. SCRIBNER, et al.,

       Defendants.

     Plaintiff has filed a motion requesting the court is direct the arrest of one of the defendants. Plaintiff has not offered any authority for the proposition that the court has jurisdiction to order the arrest of a defendant in a civil action. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied.

IT IS SO ORDERED.

**Dated:   June 17, 2008**                    /s/  **William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE

1