IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CLARKE,

      Plaintiff,          1: 05 CV 0702 OWW WMW PC

  vs.                     ORDER RE MOTION (DOC 59)

A. K. SCRIBNER, et al.,

      Defendants.

      Plaintiff has filed a request for leave to file a fourth amended complaint.  Good cause appearing, Plaintiff's motion is granted.  The fourth amended complaint must demonstrate how the conditions complained of have resulted in a deprivation of plaintiff's constitutional rights. See Ellis v. Cassidy, 625 F.2d 227 (9th Cir. 1980).  Also, the complaint must allege in specific terms how each named defendant is involved.  There can be no liability under 42 U.S.C. § 1983 unless there is some affirmative link or connection between a defendant's actions and the claimed deprivation.  Rizzo v. Goode, 423 U.S. 362 (1976); May v. Enomoto, 633 F.2d 164, 167 (9th Cir. 1980); Johnson v. Duffy, 588 F.2d 740, 743 (9th Cir. 1978).

      In addition, plaintiff is informed that the court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete.  Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading.  This is because, as a

1

1  general rule, an amended complaint supersedes the original complaint.  See Loux v. Rhay, 375
2  F.2d 55, 57 (9th Cir. 1967).  Once plaintiff files an amended complaint, the original pleading no
3  longer serves any function in the case.  Therefore, in an amended complaint, as in an original
4  complaint, each claim and the involvement of each defendant must be sufficiently alleged.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Plaintiff's motion for leave to file an amended complaint is granted; and

        2.  Plaintiff is granted thirty days from the date of service of this order to file a fourth amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Fourth Amended Complaint."  Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

**Dated:**   February 4, 2009            /s/  **William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE