IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CLARKE, | 1:05-cv-00702-OWW-WMW (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| A.K. SCRIBNER, et al., | (Motion#62) |
| Defendants. | 30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2009, plaintiff filed a motion to extend time to file an amended compaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   March 26, 2009**            /s/  **William M. Wunderlich**
                                      UNITED STATES MAGISTRATE JUDGE