IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CLARKE,

    Plaintiff,             1: 05 CV 0702 OWW WMW PC

  vs.                          ORDER

A. K. SCRIBNER, et al.,

    Defendants.

On March 11, 2009, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint. Subsequently, Plaintiff requested and was granted an extension of time in which to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that the March 11, 2009, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   April 3, 2009**                      /s/  William M. Wunderlich
                                              UNITED STATES MAGISTRATE JUDGE